IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GRAIN DEALERS MUTUAL INSURANCE COMPANY**                                         **PLAINTIFF**

v.                                                  CIVIL ACTION NO. 2:16-CV-39-KS-MTP

**TAMMY COOLEY,** *et al.*                                                 **DEFENDANTS**

### ORDER

On February 3, 2017, the Parties filed Cross-Motions for Summary Judgment [63, 65]. Respondents shall respond on or before **February 17, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Movants want to reply, they must do so within seven days of the filing of the response, but no later than **February 24, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' responses shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___6th___ day of February, 2017.

                                                                       s/Keith Starrett
                                               UNITED STATES DISTRICT JUDGE