**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**GRAIN DEALERS MUTUAL**
**INSURANCE COMPANY**                                                                              **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 2:16-CV-39-KS-MTP**

**TAMMY COOLEY, et al.**                                                                         **DEFENDANTS**

## ORDER

On February 16, 2017, Defendants Tammy Cooley, Walter Cooley, and Sunrise Trading Post, LLC, ("Movants") filed their Objection to and Appeal of Magistrate Judge's Order [68]. Plaintiff Grain Dealers Mutual Insurance Company ("Respondent") has until on or before **March 2, 2017**, to respond to this motion.  Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).  If Movants wish to file a rebuttal, they may do so on or before **March 9, 2017**.  Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondent require an extension of time, they must file a motion for such prior to the deadline's expiration.  L.U.Civ.R. 7(b)(4).  Any party seeking an extension must advise the Court whether it is opposed.  L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages.  L.U.Civ.R. 7(b)(5).  If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __17th__ day of February, 2017.

                                                        s/Keith Starrett
                                                     KEITH STARRETT
                                                     UNITED STATES DISTRICT JUDGE